USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MARCIANO VALLEJO,
a/k/a "Marciano Vallejo Alcantar,"
a/k/a "Daniel Vallejo,"

Defendant.

**26 Crim. 325 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The initial conference scheduled for September 11, 2026, at 2:30 PM is hereby cancelled.

**SO ORDERED.**

Dated: 2 September 2026,
New York, New York

Victor Marrero
U.S.D.J.