Federal Defenders
OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

September 10, 2026

**BY ECF**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: United States v. Marciano Vallejo**
**26 Cr. 325 (VM)**

Dear Judge Marrero:

I write to respectfully request an expedited presentence investigation and sentencing for Marciano Vallejo in the above-captioned matter.

On September 4, 2026, Mr. Vallejo pled guilty pursuant to a *Pimentel* letter before Magistrate Judge Sarah L. Cave to one count of Illegal Reentry, in violation of 8 U.S.C. § 1326. On September 9, 2026, this Court accepted Mr. Vallejo's guilty plea and scheduled sentencing for December 4, 2026 at 2:00 p.m.

The government's *Pimentel* letter sets forth its belief that Mr. Vallejo faces a Guideline range of zero to six months of incarceration. *See* Ex A. The Sentencing Guidelines calculation in this case is straightforward; the defense does not anticipate any dispute of Mr. Vallejo's Guideline range. He has already been detained at the Metropolitan Detention Center (MDC) for nearly two months, and the defense intends to request a sentence of time served.

Accordingly, Mr. Vallejo wishes to waive the draft presentence investigation and report (PSR) and proceed to directly to sentencing after the first and final PSR. *See* Fed. R. Crim. P. 32(b)(2). The government does not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Marciano Vallejo*

Request **GRANTED.**

The Court **GRANTS** Defendant's request for an expedited presentence investigation and sentencing. The Defendant may waive the draft presentence investigation and report (the "PSR") and proceed directly to sentencing after the first and final PSR. The Parties are directed to inform the Court when the first and final draft of the PSR is completed.

**SO ORDERED.**

9/11/2026

DATE

VICTOR MARRERO, U.S.D.J.