Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 6, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2026

**BY ECF**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** **United States v. Marciano Vallejo**
**26 Cr. 325 (VM)**

Dear Judge Marrero:

I write, with the government's consent, to respectfully request the Court adjourn Marciano Vallejo's sentencing in the above-captioned matter *sine die*.

On September 4, 2026, Mr. Vallejo pled guilty pursuant to a *Pimentel* letter before Magistrate Judge Sarah L. Cave to one count of Illegal Reentry, in violation of 8 U.S.C. § 1326. On September 9, 2026, this Court accepted Mr. Vallejo's guilty plea and scheduled sentencing for December 4, 2026 at 2:00 p.m.

On September 10, 2026, the defense requested an expedited presentence investigation and sentencing for Mr. Vallejo, as the government's *Pimentel* letter suggested the applicable advisory Guideline range was zero to six months' incarceration and Mr. Vallejo had already been incarcerated for two months. The Court granted the request and directed the parties to inform the Court when the first and final draft of the presentence report was completed. ECF No. 17.

The presentence report was completed on October 29, 2026. On November 4, the government filed a new indictment against Mr. Vallejo, alleging narcotics offenses. The government then filed a related case letter to inform the Court of the new indictment, docket 26 Cr. 520 (ER), which was assigned to Judge Ramos. ECF No. 19. On November 5, Judge Ramos's chambers informed the parties that Judge Ramos will remain assigned to the new case, 26 Cr. 520 (ER), while Your Honor will remain assigned to 26 Cr. 325 (VM).

Accordingly, the defense respectfully requests that this Court adjourn Mr. Vallejo's sentencing on 26 Cr. 325 (VM) *sine die*, until after the indictment charging narcotics offenses has been resolved. The government consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Marciano Vallejo*

cc: Counsel of Record

Request **GRANTED.**

The Court **GRANTS** the request to adjourn Defendant's sentencing *sine die*.

**SO ORDERED.**

11/9/2026

DATE

VICTOR MARRERO, U.S.D.J.